# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LANETTE N. ROMERO,**
on behalf of K.S.Q.,

       **Plaintiff,**

v.                                                                             Case No:   6:19-cv-2381-Orl-22DCI

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security filed by Plaintiff Lanette N. Romero on behalf of her minor son, K.S.Q. finding he was no longer disabled and therefore ineligible for continued child's supplemental security income. (Doc. 24).

The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 3, 2021 (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security finding K.S.Q. ineligible for continued child's supplemental security income benefits is hereby **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on February 18, 2021.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record